IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY A. HOFFINE,

    Petitioner,      No. CIV S-08-1369 FCD KJM P

    vs.

M.C. KRAMER, et al.,

    Respondents.      <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file an affidavit in support of his request to proceed in forma pauperis pursuant to the court's order of June 30, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's November 12, 2008 request for an extension of time (docket no. 9) is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file an affidavit in support of his request to proceed in forma pauperis. Petitioner's failure to comply with this order will result in the October 20, 2008 findings and recommendations being forwarded to the United States District Judge assigned to this case without any further delays.

DATED: November 19, 2008.

_____
U.S. MAGISTRATE JUDGE

/md; hoff1369.111